RECEIVED

1

2  MAR 1 2 2008

3 RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 13 PM 4: 33

5

6

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**

9   CHARLES CHATMAN                    )
10                                     )
                                       )
11                      Plaintiff,     )    CASE NO. C08 -1261 MMC
                                       )
12        vs.                          )
                                       )    **PRISONER'S**
13  TOM FELKER, WARDEN                 )    **APPLICATION TO PROCEED**
                                       )    **IN FORMA PAUPERIS**
14                      Defendant.     )
                                       )
15

16        I, _CHARLES CHATMAN_, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22        In support of this application, I provide the following information:

23  1.      Are you presently employed? Yes ____ No _✓_

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Net: _____

27  Employer: _____

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 1 -

2006 Supp. App. 15-A, p. 33

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____,'999,_ Self-Employed $30-50,000 annually

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or              Yes ___ No ✓

10             self employment

11       b.    Income from stocks, bonds,           Yes ___ No ✓

12             or royalties?

13       c.    Rent payments?                       Yes ___ No ✓

14       d.    Pensions, annuities, or              Yes ___ No ✓

15             life insurance payments?

16       e.    Federal or State welfare payments,   Yes ___ No ✓

17             Social Security or other govern-

18             ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.    Are you married?                         Yes ___ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

2006 Supp. App. 15-A, p. 34

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ____ No ____

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No ____ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No ____

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____ 0 _____ Utilities: _____ 0 _____

23   Food: $ _____ 0 _____ Clothing: _____ 0 _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____0_____ $ _____0_____ $ _____0_____

27   _____ $ _____ $ _____

28   _____ $ _____ $ _____ 9.    Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  _____ NONE _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____ No ___✓___

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10 _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  __2-27-08__                    _____

17       DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 03, 2008

ACCOUNT NUMBER : P99062                 BED/CELL NUMBER: FCB4T1000000102L
ACCOUNT NAME   : CHATMAN, CHARLES JAMES   ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 09/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/11 | W512 | LEGAL POSTAGE | 1060 08/08 | | | 0.41 | 0.41- |
| 09/11 | W919 | REVERSE LEGAL | 1060 08/08 | | | 0.41- | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 09/18/2007 | H110 | COPIES HOLD | 1227 COPY | 0.50 |
| 09/18/2007 | H110 | COPIES HOLD | 1227 COPY | 0.60 |
| 10/03/2007 | H110 | COPIES HOLD | 1434 COPIES | 0.20 |
| 10/23/2007 | H110 | COPIES HOLD | 1822 COPIES | 1.30 |
| 11/02/2007 | H110 | COPIES HOLD | 2046 COPY | 0.60 |
| 11/08/2007 | H110 | COPIES HOLD | 2128 COPY | 0.30 |
| 12/13/2007 | H110 | COPIES HOLD | 2602 COPY | 0.50 |
| 01/30/2008 | H109 | LEGAL POSTAGE HOLD | 3305 01/29 | 2.16 |
| 02/08/2008 | H118 | LEGAL COPIES HOLD | 3453 01/30 | 6.40 |
| 02/19/2008 | H118 | LEGAL COPIES HOLD | 3525 01/30 | 17.40 |
| 02/19/2008 | H118 | LEGAL COPIES HOLD | 3525 01/30 | 3.00 |
| 02/19/2008 | H109 | LEGAL POSTAGE HOLD | 3536 02/01 | 0.41 |
| 02/25/2008 | H109 | LEGAL POSTAGE HOLD | 3606 02/06 | 5.30 |
| 02/25/2008 | H109 | LEGAL POSTAGE HOLD | 3606 02/06 | 0.41 |
| 02/25/2008 | H109 | LEGAL POSTAGE HOLD | 3606 02/06 | 0.41 |
| 02/25/2008 | H118 | LEGAL COPIES HOLD | 3600 02/08 | 10.00 |
| 02/26/2008 | H109 | LEGAL POSTAGE HOLD | 3641 02/15 | 4.90 |
| 02/26/2008 | H109 | LEGAL POSTAGE HOLD | 3641 02/15 | 0.41 |
| 02/27/2008 | H109 | LEGAL POSTAGE HOLD | 3659 02/20 | 0.41 |
| 02/27/2008 | H109 | LEGAL POSTAGE HOLD | 3659 02/20 | 0.41 |
| 02/27/2008 | H109 | LEGAL POSTAGE HOLD | 3659 02/20 | 0.41 |
| 02/27/2008 | H109 | LEGAL POSTAGE HOLD | 3659 02/20 | 0.41 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 03, 2008

ACCT: P99062     ACCT NAME: CHATMAN, CHARLES JAMES     ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 56.44 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
56.44-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

1

2                                            Case Number: _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                        **IN**

10                       **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of *Charles James Chastman* for the last six months

14  at

15                                                    [prisoner name]

16  *High Desert State Prison* where (s)he is confined.

17          [name of institution]

18          I further certify that the average deposits each month to this prisoner's account for the

19  most recent 6-month period were $ _____*0*_____ and the average balance in the prisoner's

20  account each month for the most recent 6-month period was $ _____*0*_____

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
21                                          BY THIS OFFICE.
                                            ATTEST:
22  Dated: *3/8/08*                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                            BY
23                                          [Authorized officer of the institution]

24

25

26

27

28

                                        - 5 -

Charles Chatman
#P99042, Bed C4-102
P.O. Box 3030
Susanville, Ca. 96127
Legal/Confidential Mail

STATE PRISON

HIGH DESERT STATE PRISON



neopost

US POSTAGE
Mailed From 96127
03/05/2008
$00.58⁰

049J82046573

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

450 G.G.