E-filing

**FILED**
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

Plaintiff,

CV 08 NO. 1261

vs.

T. FECKER, WARDEN

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MMC

(PR)

I, CHARLES CHATMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   _1999, Self-Employed $30,000 - $50,000_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment          Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?         Yes ___ No ✓

   c. Rent payments?                                    Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?  Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No ✓

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   _____
   _____

3. Are you married?                                    Yes ___ No ✓

   Spouse's Full Name: _____
   Spouse's Place of Employment: _____
   Spouse's Monthly Salary, Wages or Income:
   Gross $_____  Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?  Yes ____ No ____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?  Yes ____ No ____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 _____                 $ _____               $ _____
27 _____                 $ _____               $ _____
28 _____                 $ _____               $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-13-08                                    [signature]

DATE                                       SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                       **IN**
10                          **PRISONER'S ACCOUNT**
11
12     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____Ø_____ for the last six months
14  High Desert State Prison  [prisoner name] where (s)he is confined.
    [name of institution]
15  I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___Ø____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ ___Ø____
                                                    COPY OF THE TRUST ACCOUNT MAINTAINED
                                                    BY THIS OFFICE.
18                                                  ATTEST:
19  Dated: 3/17/08 ,                                CALIFORNIA DEPARTMENT OF CORRECTIONS
                                                    [Authorized Officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         HIGH DESERT STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 17, 2008

ACCOUNT NUMBER : P99062              BED/CELL NUMBER: FCB4T1000000102L
ACCOUNT NAME   : CHATMAN, CHARLES JAMES   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -------------  ---------  --------  ---------  ---------  -------

09/01/2007  BEGINNING BALANCE                                            0.00

09/11 W512 LEGAL POSTAGE    1060 08/08                        0.41       0.41-
09/11 W919 REVERSE LEGAL    1060 08/08                        0.41-      0.00


                         CURRENT HOLDS IN EFFECT

   DATE       HOLD
   PLACED     CODE    DESCRIPTION           COMMENT      HOLD AMOUNT
 ----------   ----    -----------           -------      -----------

 09/18/2007   H110    COPIES HOLD           1227 COPY         0.50
 09/18/2007   H110    COPIES HOLD           1227 COPY         0.60
 10/03/2007   H110    COPIES HOLD           1439COPIES        0.20
 10/23/2007   H110    COPIES HOLD           1822COPIES        1.30
 11/02/2007   H110    COPIES HOLD           2040 COPY         0.60
 11/08/2007   H110    COPIES HOLD           2128 COPY         0.30
 12/13/2007   H110    COPIES HOLD           2602 COPY         0.50
 01/30/2008   H109    LEGAL POSTAGE HOLD    3305 01/29        2.16
 02/08/2008   H118    LEGAL COPIES HOLD     3453 01/30        6.40
 02/19/2008   H118    LEGAL COPIES HOLD     3525 01/30       17.40
 02/19/2008   H118    LEGAL COPIES HOLD     3525 01/30        3.00
 02/25/2008   H109    LEGAL POSTAGE HOLD    3606 02/06        0.41
 02/25/2008   H118    LEGAL COPIES HOLD     3600 02/08       10.00
 02/26/2008   H109    LEGAL POSTAGE HOLD    3641 02/15        4.90
 02/27/2008   H109    LEGAL POSTAGE HOLD    3659 02/20        0.41
 02/27/2008   H109    LEGAL POSTAGE HOLD    3659 02/20        0.41
 02/27/2008   H109    LEGAL POSTAGE HOLD    3659 02/20        0.41
 02/27/2008   H109    LEGAL POSTAGE HOLD    3659 02/20        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3840 02/25        0.58
 03/10/2008   H109    LEGAL POSTAGE HOLD    3840 02/25        0.58
 03/10/2008   H109    LEGAL POSTAGE HOLD    3840 02/25        0.58
 03/10/2008   H109    LEGAL POSTAGE HOLD    3842 02/25        1.82
 03/10/2008   H109    LEGAL POSTAGE HOLD    3842 02/25        1.48
 03/10/2008   H109    LEGAL POSTAGE HOLD    3850 02/27        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3850 02/27        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3826 02/20        2.67
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        0.41
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        5.70
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        5.70
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        1.31
 03/10/2008   H109    LEGAL POSTAGE HOLD    3827 02/21        1.31
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 17, 2008

ACCT: P99062      ACCT NAME: CHATMAN, CHARLES JAMES      ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/10/2008 | H109 | LEGAL POSTAGE HOLD | 3827 02/21 | 1.48 |
| 03/10/2008 | H118 | LEGAL COPIES HOLD | 3833 02/22 | 29.20 |
| 03/10/2008 | H118 | LEGAL COPIES HOLD | 3833 02/22 | 42.40 |
| 03/10/2008 | H118 | LEGAL COPIES HOLD | 3833 02/22 | 49.40 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 2.84 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 2.84 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 0.41 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 0.41 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 2.33 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3898 03/03 | 2.33 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3900 03/04 | 4.90 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3900 03/04 | 4.90 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3902 03/05 | 0.41 |
| 03/13/2008 | H118 | LEGAL COPIES HOLD | 3909 03/12 | 8.40 |
| 03/13/2008 | H118 | LEGAL COPIES HOLD | 3909 03/12 | 5.40 |
| 03/13/2008 | H118 | LEGAL COPIES HOLD | 3909 03/12 | 27.80 |
| 03/13/2008 | H118 | LEGAL COPIES HOLD | 3918 03/07 | 4.40 |
| 03/13/2008 | H118 | LEGAL COPIES HOLD | 3918 03/07 | 53.61 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 317.56 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
317.56-
---------------

Mr CHARLES CHAPMAN
P99067
Box 3030
Susanville, Ca 96127

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

STATE PRISON

