**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 28, 2008

United States District Court  
Eastern District of California  
4-200 United States Courthouse  
Sacramento, CA 95814-2322

RE: CV 08-01261 MMC   CHARLES CHATMAN-v-TOM FELKER

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐ Certified copy of docket entries.

    ☐ Certified copy of Transferral Order.

    ☐ Original case file documents.

    ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,  
    RICHARD W. WIEKING, Clerk

    */s/ Alfred Amistoso*

    by: Alfred Amistoso  
    Case Systems Administrator

Enclosures  
Copies to counsel of record